BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 02:12-MJ-00230 DAD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ALFONSO ALEJONDRO SANCHEZ MARTINEZ, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 12-MJ-00230 DAD against defendant ALFONSO ALEJONDRO SANCHEZ MARTINEZ is GRANTED.

Dated: February 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1